**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

NATASHA EVANS TAYLOR, ET AL.                                        PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. 3:12-cv-729-HTW-LRA

HINDS COUNTY DEPARTMENT OF
HUMAN SERVICES, MICHAEL W. MILLER,
AND JOHN DOES 1-10                                                  DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Michael T. Parker which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 23rd day of September, 2013.**

                                        **s/ HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT JUDGE**