IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATASHA EVANS TAYLOR

                    PLAINTIFF

vs.                       CIVIL ACTION NO. 3:12-CV-729 HTW-MTP

MICHAEL W. MILLER                       DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Michael T. Parker. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The motion to dismiss [docket no. 22] is granted as it regards gender discrimination, but denied as it regards hostile work enforcement and sexual harassment.

**SO ORDERED AND ADJUDGED, this the 23rd day of June, 2014.**

                                          s/ Henry T. Wingate
                                          UNITED STATES DISTRICT JUDGE